**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DPG Investments LLC, et al., | No. CV-20-01386-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Westley G Anderson, et al., | |
| Defendants. | |

The parties have filed a stipulation requesting that the Court transfer this action to the Superior Court of Cobb County in the State of Georgia for consolidation with the litigation venued there styled *DPG Investments, LLC; Spring Tree Holdings, LLC; Spring Tree Lending, LLC; and Spring Tree Financial, LLC v. Westley G. Anderson*, Superior Court of Cobb County for the State of Georgia, Case No. 2017-0175712-CV (the "Cobb Litigation"). (Doc. 24.)

The parties cite "28 U.S.C. § 1406 and the Court's inherent authority" as sources of authority for this proposed transfer from the District of Arizona to a state court in Georgia. However, the statue allows the Court to transfer a case "to any district or division in which it could have been brought," which the Court interprets as allowing transfer to another *federal* court. *Cf. Buffalo Biodiesel, Inc. v. Schneiderman*, 2017 WL 4326103, *7-10 (W.D.N.Y. 2017), *report and recommendation adopted,* 2017 WL 4285901 (W.D.N.Y. 2017) (summarizing cases holding that federal courts lack the power under 28 U.S.C. § 1404 to transfer originally commenced federal actions to a state court). The parties have

provided no support for the proposition that the statute (or the Court's "inherent authority") permit a federal court to transfer a case to a state court.

The parties may, if they so choose, stipulate to dismissal of this action without prejudice and then refile in Georgia state court (and seek consolidation there).

**IT IS ORDERED** that the parties' stipulation (Doc. 24) is **denied without prejudice**. The parties may (1) file a new stipulation requesting a transfer to Georgia state court that includes authority establishing that such a transfer is permissible or (2) file a stipulation of dismissal without prejudice and then refile in Georgia state court and seek consolidation there.

Dated this 25th day of February, 2021.

_____
Dominic W. Lanza
United States District Judge