Sean M. Carroll, Esq., AZ Bar No. 027171
**Clark Hill PLC**
14850 N. Scottsdale Rd., Suite 500
Scottsdale, AZ 85254
Telephone: 480.684.1100
Facsimile:  480.684.1199
Email: scarroll@clarkhill.com

Alex B. Kaufman, Esq., AZ Bar No. 035313
**Hall Booth Smith, P.C.**
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303-1775
Telephone: 404-586-6629
Facsimile:   404-954-5020
Email: akaufman@hallboothsmith.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DPG Investments, LLC; and DPG Golden Eagle, LLC,<br><br>                Plaintiffs,<br><br>vs.<br><br>Westley G. Anderson; and John Does 1-10,<br><br>                Defendants. | Case No.: 2:20-cv-01386-DWL<br><br>**PLAINTIFFS' STATUS REPORT** |

Plaintiffs, DPG Investments, LLC and DPG Golden Eagle, LLC, pursuant to this Court's Order entered on June 7, 2021 (Doc. 31),[1] files this Status Report to update the Court on the pending Chapter 7 Bankruptcy Case of Westley G. Anderson, which is currently

---

[1] Counsel for the Plaintiffs are in receipt of this Honorable Court's text order, dated January 3, 2022, in which the Court notes the Plaintiffs' failure to file a court-ordered status report by December 7, 2021 and in which the Court orders the Plaintiffs to file a status report by January 7, 2022. (Doc. 32).  Plaintiffs sincerely apologize for the delay in filing this Status Report due to a calendaring issue.  The Plaintiffs aver that they will adhere to the deadlines for future status reports, and they are appreciative of the Court providing the Plaintiffs with the opportunity to comply with the Court's Order by filing this Status Report.

pending in the U.S. Bankruptcy Court for the District of Arizona, Case No. 2:21-bk-04249-EPB. The Plaintiffs now show this Honorable Court more fully as follows:

1. Defendant, Westley G. Anderson (the "Defendant"), filed for Chapter 7 Bankruptcy relief on June 1, 2021 in the U.S. Bankruptcy Court for the District of Arizona, Case No. 2:21-bk-04249-EPB (the "Bankruptcy Case").

2. The Defendant's Chapter 7 Bankruptcy Case is still pending.

3. The Plaintiffs initiated an Adversary Proceeding in the Defendant's Bankruptcy Case on August 23, 2021, Case No. 2:21-ap-00213-EPB (the "Adversary Proceeding") by filing a Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523 and Denial of Discharge Pursuant to 11 U.S.C. § 727. The Plaintiffs filed the Adversary Proceeding against the Defendant for a judgment that the debt owed to the Plaintiffs by the Defendant be declared non-dischargeable and that the Defendant be denied a Chapter 7 discharge based on (1) the Defendant's willful, malicious, intentional, harmful, and fraudulent conduct while acting as the Chief Operating Officer of DPG Investments, LLC and (2) the Debtor's intentional, knowing, and fraudulent conduct in connection with his Bankruptcy Case. The Plaintiffs also requested a judgment for damages against the Defendant.

4. On September 21, 2021, the Defendant filed an Answer in the Adversary Proceeding.

5. On October 12, 2021, the Plaintiffs filed a First Amended Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523 and Denial of Discharge Pursuant to 11 U.S.C. § 727 ("First Amended Complaint").

6. On October 26, 2021, the Defendant filed an Answer to the Plaintiffs' First Amended

1 Complaint.

2 7. On November 3, 2021, the Parties submitted to the Bankruptcy Court a Joint Bankruptcy Rule 7026(f) Discovery Plan, in which the Parties submitted deadlines to dictate the Adversary Proceeding.

8. On November 9, 2021, counsel for the Parties appeared telephonically before the Bankruptcy Court for a Scheduling Conference in the Adversary Proceeding, during which the Bankruptcy Court encouraged the Parties to mediate the Adversary Proceeding.

9. On December 1, 2021, the Bankruptcy Court entered an order setting Mediation for December 16, 2021 and establishing the procedures for Mediation.

10. On December 16, 2021, the Parties and counsel for the same appeared for Mediation. The Parties were unable to resolve the Adversary Proceeding at Mediation.

11. The Adversary Proceeding is currently pending before the Bankruptcy Court for the District of Arizona (the "Bankruptcy Court").

12. Pursuant to 11 U.S.C. § 362, the Automatic Stay is still in effect as to the Defendant with regards to non-bankruptcy court litigation.

Respectfully submitted this 4th day of January, 2022

*[Signature Page to Follow]*


<span class="line-number">1</span>
By: *s/ Alex B. Kaufman*

```
                    By: s/ Alex B. Kaufman
                        ALEX B. KAUFMAN
                        Hall Booth Smith, P.C.
                        191 Peachtree Street, NE, Suite 2900
                        Atlanta, GA 30303-1775
                        Telephone: 404-586-6629
                        Facsimile:  404-954-5020
                        Email:      akaufman@hallboothsmith.com


                    By: s/ Sean M. Carroll
                        SEAN M. CARROLL
                        Clark Hill PLC
                        14850 N. Scottsdale Rd., Suite 500
                        Scottsdale, AZ 85254
                        Telephone: 480.684.1100
                        Facsimile: 480.684.1199
                        Email:      scarroll@clarkhill.com

                        Attorneys for Plaintiffs
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the individuals registered with CM/ECF.

By: *s/Joyce Johnston*